UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

OSCAR FERNANDO RAMOS-GUINAC,

Petitioner,

v.

CHRISTOPHER J. LAROSE,

Respondent.

Case No.: 3:26-cv-5304-CAB-DEB

**ORDER:**
**(1) DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, [Doc. No. 2]; and**

**(2) DENYING AS MOOT MOTION TO APPOINT COUNSEL; and**

**(3) DISMISSING PETITION WITHOUT PREJUDICE**

Petitioner Oscar Fernando Ramos-Guinac has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner has not paid the $5.00 filing fee and has instead moved to proceed in forma pauperis ("IFP"). [Doc. No. 2.] Petitioner states that before he was detained on July 2, 2026, he was employed as a floor installer and regularly sent $250 per month to family in Guatemala. [Doc. Nos. 1–2.] However, Petitioner also states that he has had no income in the last twelve months. *Id.* The Court therefore **DENIES** the motion to proceed IFP based on Petitioner's contradictory statements. The Court cannot proceed until Petitioner has either paid the

$5.00 filing fee or has qualified to proceed in forma pauperis and so **DISMISSES** the Petition without prejudice.

The Clerk of the Court shall close the case. Petitioner may re-open the case by paying the $5.00 filing fee or submitting a properly supported motion to proceed IFP by **October 2, 2026**.[1] The Court also **DENIES AS MOOT** the motion to appoint counsel.

It is **SO ORDERED**.

Dated: September 17, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] The Court notes that Petitioner has already received a bond hearing. [Petition at 1 (acknowledging August 2026 bond hearing and denial of bond).] As the Ninth Circuit has explained, seeking habeas review of an IJ's adverse bond determination before appealing to the BIA is an improper shortcut. *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011). Instead, "[petitioner] should have exhausted administrative remedies by appealing to the BIA before asking the federal district court to review the IJ's decision." *Id.*