UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

OSCAR FERNANDO RAMOS-GUINAC,

Petitioner,

v.

CHRISTOPHER J. LAROSE,

Respondent.

Case No.: 3:26-cv-5304-CAB-DEB

**ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Oscar Fernando Ramos-Guinac's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner alleges that he entered the United States without inspection in approximately August of 2020. [Petition at 1.] On July 2, 2026, Immigration and Customs Enforcement ("ICE") arrested Petitioner in Utah. [*Id.*] Petitioner received a bond hearing on August 18, 2026; the immigration judge ("IJ") denied bond due to risk of flight. [*Id.*] Petitioner did not appeal that decision by the relevant deadline. [Petition at 7.]

Respondents concede that pursuant to the Ninth Circuit's decision in *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026), Petitioner is detained pursuant to 8 U.S.C. § 1226(a) and has received the bond hearing to which he is entitled under that statute. [Doc. No. 8 at 2.] The Court agrees. To the extent Petitioner challenges the bond hearing itself, he has not articulated with any specificity what alleged violations occurred

or why this Court should excuse his failure to pursue correction of those alleged violations via a timely appeal to the Board of Immigration Appeals ("BIA"). *See Leonardo v. Crawford*, 646 F.3d 1157 (9th Cir. 2011) (seeking habeas review of an IJ's adverse bond determination in the district court before appeal to the BIA is an improper shortcut).

The Court therefore **DENIES** the Petition. The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: October 27, 2026

Hon. Cathy Ann Bencivengo
United States District Judge